

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

J N

DEC 2 0 2007
DEC 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John HARDY )
6556 S. Kenwood Ave )
Chicago, IL 60637 )
(Name of the plaintiff or plaintiffs) )
)
CIVIL ACTION
v. )
)
07cv7148
Kraft Foods ) JUDGE BUCKLO
555 Waukegan Road ) MAG JUDGE DENLOW
Northfield, IL 60093 )
(Name of the defendant or defendants) )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is   John HARDY   of the

county of   Cook   in the state of   ILLINOIS  .

3.  The defendant is   Kraft Foods  , whose

street address is   555 Waukegan Road  ,

(city) Northfield (county)_____ (state) IL  (ZIP) 60093

(Defendant's telephone number)   (847) – 646 - 7049

4.  The plaintiff sought employment or was employed by the defendant at (street address)

    1 Kraft Court   (city) Glenview

(county)_____ (state) IL  (ZIP code) 60025

5.  The plaintiff [*check one box*]

(a) ☐    was denied employment by the defendant.

(b) ☐    was hired and is still employed by the defendant.

(c) ☑    was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _____ 10_ , (day) _1.___ , (year) _2006_ .

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff  [*check
one box*]  ☐ has not  ☑ has  filed a charge or charges against the defendant
asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i)    ☐ the United States Equal Employment Opportunity Commission, on or about
(month)__03_____ (day) _26___ (year) _2007_ .

(ii)    ☐ the Illinois Department of Human Rights, on or about
(month) _03_____ (day) _26___ (year) _2007_ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☑ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received.  The
plaintiff has no reason  to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

☐   Yes (month)_____ (day)_____ (year) _____

☐   No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)   Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES   ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐   the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑   the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue,* which was received by the plaintiff on

(month)___ *10* (day)___ *6* (year) *2007* a copy of which

*Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐   Age (Age Discrimination Employment Act).

(b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]

(a)☐    failed to hire the plaintiff.

(b)☑    terminated the plaintiff's employment.

(c)☐    failed to promote the plaintiff.

(d)☐    failed to reasonably accommodate the plaintiff's religion.

(e)☐    failed to reasonably accommodate the plaintiff's disabilities.

(f)☑    failed to stop harassment;

(g)☑    retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐    other (specify):_____

_____

4

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

Complaint about sexual harrassment to my
Manager, Diane DeSantis. Ms DeSantis began
retaliating against me with write aps, verbal
abuse, The retaliation continue with Diane's
Manager Kim Loramore with verbal abuse and
discrimination - I was force to trained a white employee
than I was fired.

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑    Direct the defendant to (specify): _____

_____

5

_____

_____

_____

_____

(g) ☑    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*John Hardy*

(Plaintiff's name)

John HARDY

(Plaintiff's street address)

6556 S. Kenwood Ave

_____

(City) Chicago   (State) IL   (ZIP) 60637

(Plaintiff's telephone number) (773) – 592-7685

Date: 12/20/07

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **John Hardy**
6556 S Kenwood
Chicago, IL 60637

From: **Chicago District Office**
**500 West Madison St**
**Suite 2800**
**Chicago, IL 60661**

**CERTIFIED MAIL#: 7003 3110 0004 0947 4320**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-01227 | **Armernola P. Smith,** <br> **State & Local Coordinator** | **(312) 886-5973** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____

**John P. Rowe,**
**District Director**

*September, 25, 2009*
*(Date Mailed)*

Enclosures(s)

cc: **KRAFT FOODS**
**555 Waukegan Road**
**Northfield, IL 60093**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR | 2007CF2484 |
| 07W0326.01 | ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>John Hardy | HOME TELEPHONE (include area code)<br>(773) 256-0566 |
|---|---|
| STREET ADDRESS<br>6556 S. Kenwood, Apt.1 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60637 | DATE OF BIRTH<br>/ / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Kraft Foods | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (include area code)<br>(847) 646-0555 |
|---|---|---|
| STREET ADDRESS<br>555 Waukegan Road | CITY, STATE AND ZIP CODE<br>Northfield, IL 60093 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>RACE<br>SEX<br>RETALIATION | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>03/23/07<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.    A.    **ISSUE/BASIS**

WRITTEN REPRIMAND – DECEMBER 14, 2007, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL ORIENTATION DISCRIMINATION AND SEXUAL HARASMENT IN THE WORKPLACE

    B.    **PRIMA FACIE ALLEGATIONS**

1. In July, 2006, I complained to Diane DeSantis, Finance Manager, that some her comments were inappropriate and that I felt she thought I was homosexual, which I am not. I further asked if Ms. DeSantis, if she had participated Respondent's diversity class. Ms. DeSantis response was a look of disbelief. Nevertheless, the sexual orientation comments ceased.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON<br><br>THIS 27th DAY OF March , 2007<br><br>*[signature]*<br>NOTARY SIGNATURE |
|---|---|
| *OFFICIAL SEAL*<br>*KRYSTAL ROGERS*<br>*NOTARY PUBLIC - STATE OF ILLINOIS*<br>*MY COMMISSION EXPIRES:11/16/10*<br>**NOTARY SEAL** | X *John Hardy*     3/27/07<br>SIGNATURE OF COMPLAINANT     DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: John Hardy
Charge Number: 2007CF2484
Page 2

2.  In September 2006, I complained to Diane DeSantis. Fianance Manager,
    That I was subjected to sexually offensive touching in the office by a
    female co-worker. Ms. DeSantis assured me that she would talk to the
    offender's manager and have the matter resolved. Later during the
    week the sexually offensive offender was moved to the cubicle right next
    to me.

3.  On December 14, 2006, I was issued a written reprimand by Kim
    Laramore, Finance Manager, and Marina Peters, Human Resources
    Manager. The reason cited for the written reprimand was due to alleged
    poor performance.

4.  The written reprimand followed my having engaged in protected
    activities within a short period of time thereby, raising an inference of
    retaliatory motivation.

II.  A.  ISSUE/BASIS
         PERFORMANCE IMPROVEMENT PLAN (PIP) - DECEMBER 14, 2006,
         IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL
         ORIENTATION DISCRIMINATION AND SEXUAL HARASSMENT IN
         THE WORKPLACE

     B. PRIMA FACIE ALLEGATIONS
        1.  In July, 2006, I complained to Diane DeSantis, Finance Manager, that
            some her comments were inappropriate and that I felt she thought I was
            homosexual, which I am not. I further asked if Ms. DeSantis, if she had
            participated Respondent's diversity class. Ms. DesSantis response was a
            look of disbelief. Nevertheless, the sexual orientation comments ceased.

        2.  In September 2006, I complained to Diane DeSantis. Fianance Manager,
            that I was subjected to sexually offensive touching in the office by a
            female co-worker. Ms. DeSantis assured me that she would talk to the
            offender's manager and have the matter resolved. Later during the
            week the sexually offensive offender was moved to the cubicle right next
            to me.

        3.  On December 14, 2006, I was issued a performance improvement plan by
            Kim Laramore, Finance Manager, and Marina Peters, Human Resources
            Manager. The reason cited for the performance improvement plan was
            due to alleged poor performance.

        4.  The performance improvement plan followed my having engaged in
            protected activities within a short period of time thereby, raising an
            inference of retaliatory motivation.

III  A.  ISSUE/BASIS
         NEGATIVE PERFORMANCE EVALUATION – DECEMBER 14, 2006,

(Continued)

Complainant: John Hardy
Charge Number: 2007CF2484
Page 3

> IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL
> ORIENTATION DISCRIMINATION AND SEXUAL HARASSMENT IN
> THE WORKPLACE

### B. PRIMA FACIE ALLEGATIONS

1. In July, 2006, I complained to Diane DeSantis, Finance Manager, that some her comments were inappropriate and that I felt she thought I was homosexual, which I am not. I further asked if Ms. DeSantis, if she had participated Respondent's diversity class. Ms. DesSantis response was a look of disbelief. Nevertheless, the sexual orientation comments ceased.

2. In September 2006, I complained to Diane DeSantis, Fianance Manager, that I was subjected to sexually offensive touching in the office by a female co-worker. Ms. DeSantis assured me that she would talk to the offender's manager and have the matter resolved. Later during the week the sexually offensive offender was moved to the cubicle right next to me.

3. On December 14, 2006, I was issued a negative performance evaluation by Kim Laramore, Finance Manager, and Marina Peters, Human Resources Manager. The reason cited for the negative performance evaluation was due to poor work performance.

4. The negative evaluation followed my having engaged in protected activities within a short period of time, thereby, raising an inference of retaliatory motivation.

### IV.  A.  ISSUE/BASIS

> DISCHARGE – MARCH 23, 2007, IN RETALIATION FOR HAVING
> COMPLAINED ABOUT SEXUAL ORIENTATION DISCRIMINATION
> AND SEXUAL HARASSMENT IN THE WORKPLACE

### B. PRIMA FACIE ALLEGATIONS

1. In July, 2006, I complained to Diane DeSantis, Finance Manager, that some her comments were inappropriate and that I felt she thought I was homosexual, which I am not. I further asked if Ms. DeSantis, if she had participated Respondent's diversity class. Ms. DesSantis response was a look of disbelief. Nevertheless, the sexual orientation comments ceased.

2. In September 2006, I complained to Diane DeSantis, Fianance Manager, that I was subjected to sexually offensive touching in the office by a female co-worker. Ms. DeSantis assured me that she would talk to the offender's manager and have the matter resolved. Later during the week the sexually offensive offender was moved to the cubicle right next to me.

(Continued)

**Complainant: John Hardy**
**Charge Number: 2007CF2484**
**Page 4**

  3. On March 23, 2007, I was discharged by Kim Laramore, Finance Manager, and Marina Peters, Human Resources Manager. The reason cited for the discharge was due to poor work performance.

  4. The discharge followed my having engaged in protected activities within a short period of time, thereby, raising an inference of retaliatory motivation.

**V. A. ISSUE/BASIS**
    **DISCHARGE – MARCH 23, 2007, DUE TO MY RACE, BLACK**

 **B. PRIMA FACIE ALLEGATIONS**
  1. My race is black.

  2. My work performance as financial analyst met Respondent's expectations. I was hired on March 13, 2006.

  3. On March 23, 2007, I was discharged by Kim Laramore (white), Finance Manager, and Marina Peters (white), Human Resources Manager. The reason cited for the discharge was due to poor work performance.

  4. Respondent's reason for the discharge was pretexual in that, I was immediately replaced by a white individual, Winnie Such, who one month prior to my discharge I was forced to train.

**VI A. ISSUE/BASIS**
    **DISCHARGE – MARCH 23, 2007, DUE TO MY SEX, MALE**

 **B. PRIMA FACIE ALLEGATIONS**
  1. My sex is male.

  2. My work performance as financial analyst met Respondent's expectations. I was hired on March 13, 2006.

  3. On March 23, 2007, I was discharged by Kim Laramore (female), Finance Manager, and Marina Peters (female), Human Resources Manager. The reason cited for the discharge was due to poor work performance.

  4. Respondent's reason for the discharge was pretexual in that, I was immediately replaced by a female individual, Winnie Such, who one month prior to my discharge I was forced to train.

**HMS/RCG/JJT**