## United States District Court for the Northern District of Illinois

Case Number: 07CV7148   Assigned/Issued By: J. N.

Judge Name: BUCKLO   Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1115975

Date Payment Rec'd: 12-20-07   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
_____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

1  Original and  1  copies on  12-20-07  as to  KRAFT FOODS
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05