## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7148 | **DATE** | 12/27/2007 |
| **CASE TITLE** | Hardy vs. Kraft Foods | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis is granted. The Clerk of the court is directed to issue summons forthwith and the U.S. Marshal is directed to serve defendant with process. Plaintiff's motion for appointment of counsel is denied. Status hearing set for 2/29/08 at 10:00 a.m. at which time plaintiff must appear or the case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:07-cv-07148   Document 7   Filed 12/27/2007   Page 1 of 1

07C7148 Hardy vs. Kraft Foods                                                                                    Page 1 of 1