IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 7148 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| KRAFT FOODS, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KRAFT FOODS GLOBAL, INC.'S CORPORATE
DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Kraft Foods Global, Inc., states as follows:

1. The parent company of Kraft Foods Global, Inc. is Kraft Foods Inc.

2. Kraft Foods Global, Inc. has no publicly-held affiliates (where "affiliate" is defined, in the case of a corporation, as any entity owning more than 5% of the corporation).

Dated: January 22, 2008                                             Respectfully submitted,


                                                                    By:   /s/ Christy E. Phanthavong
                                                                          One of the Attorneys for Defendant,
                                                                          Kraft Foods Global, Inc.

Mary Margaret Moore
Christy E. Phanthavong
BRYAN CAVE LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)
mimi.moore@bryancave.com
christy.phanthavong@bryancave.com

68586.1

## CERTIFICATE OF SERVICE

  I, Christy E. Phanthavong, an attorney, certify that I served the foregoing *Defendant Kraft Foods Global, Inc.'s Corporate Disclosure Statement and Notification of Affiliates* through the Court's electronic filing system on this 22nd day of January, 2008, on the following:

>John Hardy
>6556 S. Kenwood Ave.
>Chicago, IL 60637

                 /s/ Christy E. Phanthavong
                 Christy E. Phanthavong