IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 7148 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| KRAFT FOODS, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

    Plaintiff, John Hardy, and Defendant, Kraft Foods Global, Inc. (incorrectly named herein as Kraft Foods), by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with each side to bear his or its own costs and attorneys fees.

Dated: February 27, 2008

By:

| | |
|---|---|
| s/John Hardy | s/ Christy E. Phanthavong |
| Plaintiff, | One of the Attorneys for Defendant, |
| John Hardy (*pro se*)[1] | Kraft Foods Global, Inc. |
| | |
| John Hardy | Mary Margaret Moore |
| 6556 S. Kenwood Ave. | Christy E. Phanthavong |
| Chicago, IL 60637 | BRYAN CAVE LLP |
| (773) 592-7685 (telephone) | 161 N. Clark Street, Suite 4300 |
| | Chicago, Illinois 60601 |
| | (312) 602-5000 (telephone) |
| | (312) 602-5050 (facsimile) |
| | christy.phanthavong@bryancave.com |

---

[1] On February 26, 2008, Plaintiff, John Hardy, authorized Defendant's attorney, Christy E. Phanthavong, to file this Stipulation of Dismissal.

## **CERTIFICATE OF SERVICE**

     I, Christy E. Phanthavong, an attorney, certify that I served the foregoing *Stipulation of Dismissal* by sending a copy addressed to:

>John Hardy
>6556 S. Kenwood Ave.
>Chicago, IL 60637

by depositing a copy of the same in the United States First Class Mail, postage prepaid on this 27th day of February, 2008.

                                                  /s/ Christy E. Phanthavong
                                              Christy E. Phanthavong